# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
RAMEH YOUSEF § Case No. 14-08263
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, December 16, 2015 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2015         By: /s/ Barry A. Chatz, Trustee
                                                Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RAMEH YOUSEF | § | Case No. 14-08263 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.01 |
| and approved disbursements of | $ | 35.00 |
| leaving a balance on hand of[1] | $ | 7,965.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 67.22 | $ 0.00 | $ 67.22 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 4,783.50 | $ 0.00 | $ 4,783.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,400.72 |
| Remaining Balance | | | $ 1,564.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,458.42  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 1,330.94 | $ 0.00 | $ 55.58 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 2,462.60 | $ 0.00 | $ 102.84 |
| 3 | CERASTES, LLC | $ 200.27 | $ 0.00 | $ 8.36 |
| 4 | FIFTH THIRD BANK | $ 517.21 | $ 0.00 | $ 21.60 |
| 5 | FIRST NATIONAL BANK OF OMAHA | $ 1,193.01 | $ 0.00 | $ 49.82 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $ 9,646.12 | $ 0.00 | $ 402.83 |
| 7 | CERASTES, LLC | $ 3,910.00 | $ 0.00 | $ 163.28 |
| 8 | CAPITAL RECOVERY V, LLC | $ 7,158.02 | $ 0.00 | $ 298.92 |
| 9 | CAPITAL RECOVERY V, LLC | $ 156.75 | $ 0.00 | $ 6.55 |
| 10 | CAPITAL RECOVERY V, LLC | $ 374.79 | $ 0.00 | $ 15.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | PYOD, LLC AS ASSIGNEE OF CITIBANK | $ 504.41 | $ 0.00 | $ 21.06 |
| 12 | PYOD, LLC AS ASSIGNEE OF CITIBANK | $ 10,004.30 | $ 0.00 | $ 417.80 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,564.29 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Rameh Yousef
    Debtor

Case No. 14-08263-TAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 2     Date Rcvd: Nov 18, 2015
                   Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2015.

```
db          +Rameh Yousef,    5504 W 87th street,    Burbank, IL 60459-2947
aty         +Rachael D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
21626472    +AMEX,   PO BOX 297871,    Fort Lauderdale, FL 33329-7871
22054340     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21626473   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   BANK OF AMERICA,    PO BOX 982235,    El Paso, TX 79998)
21626475    +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
21626476   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   CAP ONE,    PO BOX 85520,    Richmond, VA 23285)
21626480    +CITI,   PO BOX 6241,    Sioux Falls, SD 57117-6241
21967027     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21626478    +Chase,   PO BOX 15298,    Wilmington, DE 19850-5298
21626483    +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
21982000    +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
21985127    +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
21626485    +SEARS/CBNA,    PO BOX 6283,    Sioux Falls, SD 57117-6283
21626486    +SHELL/CITI,    PO BOX 6497,    Sioux Falls, SD 57117-6497
21626487    +THD/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
21626488   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK/NA ND,    4325 17TH AVE S,    Fargo, ND 58125)
21626489    +WFDS,   PO Box 1697,    Winterville, NC 28590-1697
21626490    +WFDS/WDS,    PO BOX 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21626477      E-mail/Text: cms-bk@cms-collect.com Nov 19 2015 01:40:59     CAPITAL MANAGEMENT SERVICES, LP,
              698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
21971112     +E-mail/Text: bncmail@w-legal.com Nov 19 2015 01:42:09     CERASTES, LLC,
              C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
22211082      E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2015 01:33:28     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21626482     +E-mail/Text: mrdiscen@discover.com Nov 19 2015 01:40:14     DISCOVER FIN SVCS LLC,
              PO BOX 15316,    Wilmington, DE 19850-5316
21921986      E-mail/Text: mrdiscen@discover.com Nov 19 2015 01:40:14     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21626484     +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2015 01:46:21     GECRB/Walmart,    PO BOX 965024,
              Orlando, FL 32896-5024
22211801     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2015 01:46:01
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21626474*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   BANK OF AMERICA,    PO BOX 982235,    El Paso, TX 79998)
21626481*      +CITI,   PO BOX 6241,    Sioux Falls, SD 57117-6241
21626479*      +Chase,   PO BOX 15298,    Wilmington, DE 19850-5298
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: mgonzalez             Page 2 of 2                   Date Rcvd: Nov 18, 2015
                               Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2015 at the address(es) listed below:

          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Hanna  Kayali    on behalf of Debtor Rameh  Yousef hannakayali1@gmail.com
          Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                 TOTAL: 5