# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
 §
RAMEH YOUSEF § Case No. 14-08263
 §
 §
      Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,500.00 *(Without deducting any secured claims)* | Assets Exempt: 2,550.00 |
| Total Distributions to Claimants: 1,564.29 | Claims Discharged Without Payment: 121,135.13 |
| Total Expenses of Administration: 6,435.72 | |

3) Total gross receipts of $ 8,000.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.01 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 8,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,435.72 | 6,435.72 | 6,435.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,741.00 | 37,458.42 | 37,458.42 | 1,564.29 |
| **TOTAL DISBURSEMENTS** | $ 85,241.00 | $ 43,894.14 | $ 43,894.14 | $ 8,000.01 |

  4)  This case was originally filed under chapter 7 on  03/08/2014 .  The case was pending for 24 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  03/03/2016                   By: /s/BARRY A. CHATZ
                                                                  Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cause of Action | 1241-000 | 8,000.01 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFDS PO Box 1697 Winterville, NC 28590 | | 8,500.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 8,500.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| BARRY A. CHATZ | 2200-000 | NA | 67.22 | 67.22 | 67.22 |
| The Bank of New York Mellon | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| Union Bank | 2600-000 | NA | 15.00 | 15.00 | 15.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 4,783.50 | 4,783.50 | 4,783.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,435.72 | $ 6,435.72 | $ 6,435.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX PO BOX 297871 Fort Lauderdale, FL 33329 | | 9,646.00 | NA | NA | 0.00 |
| | BANK OF AMERICA PO BOX 982235 El Paso, TX 79998 | | 6,735.00 | NA | NA | 0.00 |
| | BANK OF AMERICA PO BOX 982235 El Paso, TX 79998 | | 4,483.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 South West Street Wilmington, DE 19801 | | 3,910.00 | NA | NA | 0.00 |
| | CAP ONE PO BOX 85520 Richmond, VA 23285 | | 2,462.00 | NA | NA | 0.00 |
| | CAPITAL MANAGEMENT SERVICES, LP 698 1/2 South Ogden Street Buffalo, NY 14206-2317 | | 1,330.00 | NA | NA | 0.00 |
| | Chase PO BOX 15298 Wilmington, DE 19850 | | 9,820.00 | NA | NA | 0.00 |
| | Chase PO BOX 15298 Wilmington, DE 19850 | | 2,102.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITI PO BOX 6241 Sioux Falls, SD 57117 | | 810.00 | NA | NA | 0.00 |
| | CITI PO BOX 6241 Sioux Falls, SD 57117 | | 9,947.00 | NA | NA | 0.00 |
| | DISCOVER FIN SVCS LLC PO BOX 15316 Wilmington, DE 19850 | | 1,212.00 | NA | NA | 0.00 |
| | FNB Omaha PO Box 3412 Omaha, NE 68103 | | 1,193.00 | NA | NA | 0.00 |
| | GECRB/Walmart PO BOX 965024 Orlando, FL 32896 | | 7,158.00 | NA | NA | 0.00 |
| | SEARS/CBNA PO BOX 6283 Sioux Falls, SD 57117 | | 1,161.00 | NA | NA | 0.00 |
| | SHELL/CITI PO BOX 6497 Sioux Falls, SD 57117 | | 504.00 | NA | NA | 0.00 |
| | THD/CBNA PO BOX 6497 Sioux Falls, SD 57117 | | 510.00 | NA | NA | 0.00 |
| | US BANK/NA ND 4325 17TH AVE S Fargo, ND 58125 | | 5,340.00 | NA | NA | 0.00 |
| | WFDS/WDS PO BOX 1697 Winterville, NC 28590 | | 8,418.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 9,646.12 | 9,646.12 | 402.83 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 2,462.60 | 2,462.60 | 102.84 |
| 10 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 374.79 | 374.79 | 15.65 |
| 8 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 7,158.02 | 7,158.02 | 298.92 |
| 9 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 156.75 | 156.75 | 6.55 |
| 7 | CERASTES, LLC | 7100-000 | NA | 3,910.00 | 3,910.00 | 163.28 |
| 3 | CERASTES, LLC | 7100-000 | NA | 200.27 | 200.27 | 8.36 |
| 1 | DISCOVER BANK | 7100-000 | NA | 1,330.94 | 1,330.94 | 55.58 |
| 4 | FIFTH THIRD BANK | 7100-000 | NA | 517.21 | 517.21 | 21.60 |
| 5 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 1,193.01 | 1,193.01 | 49.82 |
| 11 | PYOD, LLC AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 504.41 | 504.41 | 21.06 |
| 12 | PYOD, LLC AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 10,004.30 | 10,004.30 | 417.80 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 76,741.00 | $ 37,458.42 | $ 37,458.42 | $ 1,564.29 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-08263 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RAMEH YOUSEF | | | | Date Filed (f) or Converted (c): | 03/08/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/2014 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 08/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 5. Vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles | 9,500.00 | 0.00 | | 0.00 | FA |
| 7. Cause of Action (u) | Unknown | 8,000.00 | | 8,000.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $11,050.00        $8,000.00        $8,000.01        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SETTLED CAUSE OF ACTION AGAINST DEBTOR FOR 3 PAYMENTS TOTALING $8,000, OF WHICH 2 PAYMENTS RECEIVED.  UPON RECEIPT OF 3RD PAYMENT, CLAIMS WILL BE REVIEWED AND TFR PREPARED.

RE PROP #        7  --   Debtor closed previous clothing business but still owned inventory from that business
                         and started a new business using that inventory. Trustee obtained settlement for
                         debtor's purchase of Trustee's right, title and interest in and to the corporate entity
                         known as Too Fresh, Inc.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-08263  
Case Name: RAMEH YOUSEF  
Taxpayer ID No: XX-XXX2085  
For Period Ending: 03/03/2016  

Trustee Name: BARRY A. CHATZ  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0607  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9745 | Transfer of Funds | 9999-000 | $7,980.01 | | $7,980.01 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,965.01 |
| 12/16/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | $1,617.22 | $6,347.79 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.  ($1,550.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.  ($67.22) | 2200-000 | | | |
| 12/16/15 | 400002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60604 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $4,783.50 | $1,564.29 |
| 12/16/15 | 400003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Final distribution to claim 1 representing a payment of 4.18 % per court order. | 7100-000 | | $55.58 | $1,508.71 |
| 12/16/15 | 400004 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Final distribution to claim 2 representing a payment of 4.18 % per court order. | 7100-000 | | $102.84 | $1,405.87 |
| 12/16/15 | 400005 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Distribution | | | $171.64 | $1,234.23 |
| | | CERASTES, LLC | Final distribution to claim 3 representing a payment of 4.18 % per court order.  ($8.36) | 7100-000 | | | |
| | | CERASTES, LLC | Final distribution to claim 7 representing a payment of 4.18 % per court order.  ($163.28) | 7100-000 | | | |

Page Subtotals: $7,980.01   $6,745.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-08263 | Trustee Name: BARRY A. CHATZ |
| Case Name: RAMEH YOUSEF | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0607 |
| | Checking |
| Taxpayer ID No: XX-XXX2085 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/15 | 400006 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TX 75001 | Final distribution to claim 4 representing a payment of 4.18 % per court order. | | 7100-000 | | $21.60 | $1,212.63 |
| 12/16/15 | 400007 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET<br>STOP CODE 3105<br>OMAHA, NE 68197 | Final distribution to claim 5 representing a payment of 4.18 % per court order. | | 7100-000 | | $49.82 | $1,162.81 |
| 12/16/15 | 400008 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | (6-1) CREDIT CARD DEBT | | 7100-000 | | $402.83 | $759.98 |
| 12/16/15 | 400009 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Distribution | | | | $305.47 | $454.51 |
| | | CAPITAL RECOVERY V, LLC | (8-1) WAL-MART DISCOVER CARD | ($298.92) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | (9-1) GAP VISA CARD | ($6.55) | 7100-000 | | | |
| 12/16/15 | 400010 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | (10-1) TOYS 'R' US MASTERCARD | | 7100-000 | | $15.65 | $438.86 |
| 12/16/15 | 400011 | PYOD, LLC AS ASSIGNEE OF CITIBANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Distribution | | | | $438.86 | $0.00 |
| | | PYOD, LLC AS ASSIGNEE OF CITIBANK | Final distribution to claim 11 representing a payment of 4.18 % per court order. | ($21.06) | 7100-000 | | | |
| | | PYOD, LLC AS ASSIGNEE OF CITIBANK | Final distribution to claim 12 representing a payment of 4.18 % per court order. | ($417.80) | 7100-000 | | | |

| | | | Page Subtotals: | $0.00 | $1,234.23 |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,980.01 | $7,980.01 |
| Less: Bank Transfers/CD's | $7,980.01 | $0.00 |
| Subtotal | $0.00 | $7,980.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,980.01 |

Exhibit 9

Page Subtotals:          $0.00          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-08263 | Trustee Name: BARRY A. CHATZ |
| Case Name: RAMEH YOUSEF | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9745 |
| | Checking |
| Taxpayer ID No: XX-XXX2085 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/15 | 7 | Rameh Yousef | LIQUIDATION OF OTHER ASSET | 1241-000 | $2,666.67 | | $2,666.67 |
| 06/30/15 | 7 | RAMEH YOUSEF | LIQUIDATION OF OTHER ASSET Payment 2 of 3 | 1241-000 | $2,666.67 | | $5,333.34 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,323.34 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,313.34 |
| 08/11/15 | 7 | RAMEH S YOUSEF | LIQUIDATION OF OTHER ASSET | 1241-000 | $2,666.67 | | $7,980.01 |
| 08/21/15 | | Transfer to Acct # xxxxxx0607 | Transfer of Funds | 9999-000 | | $7,980.01 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,000.01 | $8,000.01 |
| Less: Bank Transfers/CD's | $0.00 | $7,980.01 |
| Subtotal | $8,000.01 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.01 | $20.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $8,000.01 | $8,000.01 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0607 - Checking | $0.00 | $7,980.01 | $0.00 |
| XXXXXX9745 - Checking | $8,000.01 | $20.00 | $0.00 |
| | $8,000.01 | $8,000.01 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.01 |
| Total Gross Receipts: | $8,000.01 |